## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLEXTRONICS MEDICAL SALES AND MARKETING, LTD., et al. | CASE NO. 24-cv-01386 |
| Plaintiffs, | JUDGE PAUL A. ENGELMAYER |
| -vs- | **AFFIDAVIT OF GREGORY J. PHILLIPS** |
| LIFELINE SYSTEMS COMPANY. | |
| Defendant. | |

STATE OF OHIO      )
                                ) SS.
COUNTY OF CUYAHOGA )

NOW COMES Gregory J. Phillips, who under oath, states and affirms as follows in support of a Motion for Admission Pro Hac Vice in this matter on behalf of Plaintiffs Flextronics Medical Sales and Marketing, Ltd., Flextronics International Europe BV, and Flextronics Logistics, USA, Inc.:

1. My legal name is Gregory J. Phillips, I am over 18 years of age, and competent to testify to the contents of this Affidavit from my own personal knowledge.

2. I am a partner of the law firm Benesch Friedlander Coplan & Aronoff LLP, 127 Public Square, Suite 4900, Cleveland, Ohio 44144.

3. I am admitted to practice in the State of Ohio, District of Columbia, United States District Court for the Northern District of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Western District of Pennsylvania, and United States Court of Appeals for the Sixth Circuit. A Certificate of Good Standing from the Ohio Supreme Court is attached to this filing.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings against me presently.

FURTHER, AFFIANT SAYETH NOT,

_____
GREGORY J. PHILLIPS

Dated this 11ᵗʰ day of March, 2024

SWORN TO AND SUBSCRIBED IN MY PRESENCE THIS 11ᵗʰ DAY OF MARCH, 2024

_____
NOTARY PUBLIC

My Commission Expires:

JOHN W. BREIG, JR.
Attorney at Law
NOTARY PUBLIC
STATE OF OHIO
My Commission Has
No Expiration Date
Section 147.03 O.R.C.