UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Flextronics Medical Sales and Marketing, Ltd., et al.   Plaintiff,

-against-

Lifeline Systems Company   Defendant.

24-cv-01386 ( )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Gregory J. Phillips, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Ohio; and that his/her contact information is as follows

(please print):

Applicant's Name: Gregory J. Phillips

Firm Name: Benesch, Friedlander, Coplan & Aronoff, LLP

Address: 127 Public Square, Suite 4900

City / State / Zip: Cleveland, OH 44114

Telephone / Fax: 216.363.4500; 216.363.4588

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Flextronics Medical Sales and Marketing, Ltd., Flextronics International Europe BV, and Flextronics Logistics USA, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge