UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
FLEXTRONICS MEDICAL SALES AND :
MARKETING, LTD., et al., :
                                    Plaintiffs, :         24 Civ. 1386 (LGS)
:
-against- :         <u>ORDER</u>
:
LIFELINE SYSTEMS COMPANY, :
                                    Defendant. X
-------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for April 17, 2024.

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the April 17, 2024, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue separately. The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. If at any point the parties seek a referral for settlement discussions, the parties shall file a letter requesting such referral.

    The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 11, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**